GABRIEL CASTELLANOS, ESQ. (S.B.#227702)
LAW OFFICES OF GABRIEL CASTELLANOS, LLP
2 N. LAKE AVENUE, SUITE 1080
PASADENA, CA 91101
TEL: (626) 405-8113
FAX: (626) 564-8757

Attorney for Defendants:

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MINH'S MEAT COMPANY, INC.<br>MINH DIEU HUYNH, AND<br>QUANG K. HUYNH<br><br>Defendants. | Case No.: CR-04-905-CBM<br><br>[PROPOSED] ORDER RE:<br>EARLY TERMINATION OF<br>PROBATION PURSUANT TO<br>18 U.S.C. § 3564 (c) |

The Court finds that both the assigned Attorney of United States of America, Joseph O. Johns and the assigned Probation Officer, have no objection and stipulate to Defendant Minh's Meat Company, Inc., Motion for Early Termination of Probation pursuant to 18 U.S.C. § 3564 (c).

**IT IS HEREBY ORDERED** that Defendant Minh's Meat Company, Inc. may be released from the terms and conditions of probation forthwith in accordance with the Stipulation entered by all parties.

Date: 12/29/08

Honorable Consuelo B. Marshall
United States District Judge

[PROPOSED] ORDER RE MOTION FOR EARLY TERMINATION OF PROBATION